**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00546-CR
No. 05-13-00547-CR

**EDGAR ALBERTO ROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-82866-2012, 199-81976-2011**

## ORDER

The Court **REINSTATES** the appeals.

On December 19, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is not indigent and is represented by retained counsel; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel told the trial court the brief would be filed on January 15, 2014.

We have not yet received appellant's brief. Accordingly, we **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order. If the brief is not filed within the time

specified, the Court will, without further notice, submit the appeals without briefs. *See* Tex. R. App. P. 38.8(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
           JUSTICE